IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STACY R. INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV17 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On February 23, 2018, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. [Doc. #12.] Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636. [Doc. #14.]

The court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the Recommendation, which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment Reversing the Commissioner [Doc. #8] is DENIED, that Commissioner's Motion for

Judgment on the Pleadings [Doc. #10] is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

This the 29th day of November, 2018.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge